MICHAEL B. BIGELOW
Attorney at Law  - SBN 65211
331 J Street, Suite 200
Sacramento, California 95814
Telephone: (916) 443-0217
Email: LawOffice.mbigelow@gmail.com

Attorney for Defendant
Gerardo Alcala

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
) No. Cr.S-10-395 LKK
    Plaintiff )
)
  vs. ) STIPULATION CONTINUING
) SENTENCING
GERARDO ALCALA, )
) ORDER
    Defendant )
)

    IT IS HEREBY stipulated between the United States of America through its undersigned counsel, together with counsel for defendant ALCALA in the above referenced matter that the sentencing now set for December 4, 2012 be continued to December 11, 2012, at 9:15 AM.

    Counsel for the parties agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code§ 3161(h)(8)(B)(iv) (continuity of counsel/reasonable time for effective preparation) and Local Code T4, and agree to exclude time from the date of the filing of the order until the date of new the sentencing date of, December 11, 2012.

-1-

This continuance is requested because the holidays and scheduling difficulties have made it difficult to meet with defendant and discuss sentencing with him.

Respectfully submitted,

          BENJAMINE B. WAGNER
          UNITED STATES ATTORNEY

DATED: 12/15/11     /s/ TODD LERAS
                       Todd Leras
                       Assistant United States Attorney

DATED: 12/15/11     /s/ MICHAEL B. BIGELOW
                       Michael B. Bigelow
                       Attorney for Gerardo Alcala

**ORDER**

**IT IS ORDERED THAT:** Pursuant to stipulation by all parties the sentencing in the above referenced matter, presently set for December 4, 2012 is rescheduled for December 11, 2012 at 9:15 AM. It is also agreed by the parties that time should be excluded for continuity of counsel and reasonable time for effective preparation and complexity within the meaning of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), and Local Codes T2 and T4, from the date of the filing of the order until the date of new the status conference, December 11, 2012.

The Court also finds that the ends of justice are served by granting the requested continuance and outweigh the best interest in the public and the defendants in a speedy trial.

**IT IS SO ORDERED**

DATED: December 3, 2012

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT