**395 LKK Stip and Order to MICHAEL B. BIGELOW**
Attorney at Law - SBN 65211
331 J Street, Suite 200
Sacramento, California 95814
Telephone: (916) 443-0217
Email: LawOffice.mbigelow@gmail.com

Attorney for Defendant
Gerardo Alcala

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. Cr.S-10-395 LKK |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | STIPULATION CONTINUING |
| | ) | SENTENCING |
| GERARDO ALCALA, | ) | |
| | ) | ORDER |
| Defendant | ) | |
| _____ | ) | |

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, together with counsel for defendant ALCALA in the above referenced matter that the sentencing now set for January 23, 2013, be continued to February 12, 2013, at 9:15 AM.

This request for a continuance of the sentencing date is necessary because the holidays have interfered with undersigned's ability to meet with the defendant in Butte County and discuss the revised PSR with him.

Counsel for the parties agree that this is an appropriate exclusion of time within the meaning of Title 18, United States

-1-

Code§ 3161(h)(8)(B)(iv) (continuity of counsel/reasonable time for effective preparation) and Local Code T4, and agree to exclude time from the date of the filing of the order until the date of new the sentencing date of, February 12, 2013.

Respectfully submitted,

BENJAMINE B. WAGNER
UNITED STATES ATTORNEY

DATED: 1/17/2013      /s/ TODD LERAS
                      Todd Leras
                      Assistant United States Attorney

DATED: 1/17/13        /s/ MICHAEL B. BIGELOW
                      Michael B. Bigelow
                      Attorney for Gerardo Alcala

**ORDER**

**IT IS ORDERED THAT:** Pursuant to stipulation by the parties, the sentencing in the above referenced matter, presently set for January 23, 2013, is rescheduled for at February 12, 2013 at 9:15 AM. It is also agreed by the parties that time should be excluded for continuity of counsel and reasonable time for effective preparation and complexity within the meaning of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), and

Local Codes T2 and T4, from the date of the filing of the order until the date of new the sentencing January 23, 2013.

The Court also finds that the ends of justice are served by granting the requested continuance and outweigh the best interest in the public and the defendants in a speedy trial.

**IT IS SO ORDERED**

DATED: January 23, 2013

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT